**Douglas Lee HUSKETH,
Plaintiff–Appellant,**

v.

**Theodis BECK; Michael S. Hamden,
Defendants–Appellees.**

**No. 02–7608.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Douglas Lee Husketh, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Douglas Lee Husketh appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Husketh v. Beck,* No. CA–02–583–5 BO (E.D.N.C. Sept. 17, 2002). We deny Husketh's "motion requesting this court to direct the Department of Corrections to tax Plaintiff's trust fund for cost of suit." We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*